UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


**REX D. HILL,**

        **Plaintiff,**

**v.**                                                                                  **Case No:  6:14-cv-950-Orl-41KRS**

**ALLIANZ LIFE INSURANCE
COMPANY OF NORTH AMERICA,**

        **Defendant.**

                                       /

### ORDER

THIS CAUSE is before the Court on Defendant's Second Renewed Motion for Attorneys' Fees and Costs ("Motion," Doc. 145). On April 12, 2018, United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation (Doc. 157), in which she recommended that the Court find that Defendant was entitled to attorney's fees, without determining the amount of fees to be awarded. The Court adopted that Report and Recommendation over Plaintiff's objections, finding that Defendant was entitled to attorney's fees. (*See generally* Sept. 27, 2018 Order, Doc. 163). The Court also noted that Judge Spaulding would issue a separate Report and Recommendation regarding the amount of attorney's fees Defendant was entitled to. (*Id.* at 4). On December 10, 2018, Judge Spaulding submitted a second Report and Recommendation (Doc. 165) recommending that the Motion be granted in part and that the Court award Defendant $271,934.10 in attorney's fees.

Plaintiff filed a timely Objection to the second Report and Recommendation (Doc. 166). Therein, Plaintiff reiterates the objections he made to the previous Report and Recommendation without advancing any new arguments. (*Id.* at 1 (citing Obj., Doc. 158)). Because Plaintiff's

objections were addressed in the Court's previous Order, the Court declines to readdress them here.

After a *de novo* review, the Court agrees with the analysis set forth in the Report and Recommendation. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 165) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Second Renewed Motion for Attorneys' Fees and Costs (Doc. 145) is **GRANTED in part**.

3. The Clerk is directed to enter judgment in favor of Defendant in the amount of $271,934.10.

4. The Motion is **DENIED** in all other respects.

**DONE** and **ORDERED** in Orlando, Florida on February 26, 2019.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record